# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 252 EAL 2017

                     :

          Respondent      :   Petition for Allowance of Appeal from

                     :   the Order of the Superior Court

                     :

          v.            :

                     :

                     :

LARON PHILMORE,           :

                     :

          Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.